Exhibit Q







# Design for the High End, Gracefully Degrade for Low End

Ali Vassigh, VP of UX

# Introduction

This presentation contains a small subset of info for creating a well-designed Roku Channel.

For more info, please read our Design & User Experience Guidelines:

https://sdkdocs.roku.com/display/sdkdoc/Design+and+User+Experience+Guidelines



©2017 Roku Inc. All rights reserved. [Confidential]

Now this is TV.™



# Process & Research

©2017 Roku Inc. All rights reserved. [Confidential]

Now this is TV.™

# Overview

Small up-stream investment

Big down-stream payoff

What is success?



©2017 Roku Inc. All rights reserved. [Confidential]

Now this is TV.™

4

# Process & Research

- Interview clients
- Know the audience
- User testing



©2017 Roku Inc. All rights reserved. [Confidential]

Now this is TV.™



Design for high and low-end devices

©2017 Roku Inc. All rights reserved. [Confidential]

Now this is TV.™

6

# Overview

Intentionally designing for the lowest-common denominator means all users receive a compromised channel experience, even those with a premium device.

Create a great design that takes advantage of the high-end products while gracefully degrading for lower-end products to ensure core functionality.



# Simple UI examples

- Loading spinners / indicator
- Alpha gradients
- Screen transitions







Loading spinners (low-end)



**ROKU** | Moneyball (2011)                    4:43 pm | Options ✳

Rent from $1.99 — HD

Rent from $2.99 — HD

Rent from $2.99 — HD

Rent from $2.99 — HD

Follow this movie on Roku

Faced with a tight budget, a baseball manager (Brad Pitt) and his partner (Jonah Hill) recruit bargain-bin players that scouts have... (* for more)

Directed by: Bennett Miller

Brad Pitt, Vyto Ruginis, Tammy Blanchard

★★★★½

2011 | PG-13 | 2 hr 13 min
Drama

Alpha mask (high-end)





Utilize cropping (low-end)



# Screen Transitions

Eliminate re-orientation and analysis as system changes state A >> B

Experiment…





Experiment 1: Identify the changes









Experiment 2: Identify the changes





## Channel Showcase:

**CenturyLink Stream is an excellent example of a channel that provides a feature-rich channel experience on high-end Roku devices, while also reducing the app's feature set on the lower-end Roku devices.**



# CenturyLink





High-end                                    Low-end

# CenturyLink





High-end

Low-end



Exhibit R

 **Roku** (https://www.roku.com) Developers (https://developer.roku.com/ove

News (/developer/category/news)

# 2018 channel certification criteria updates

tcharles - Jan 25th, 2018

## Overview

All public channels on the Roku platform are certified according to a set of criteria (https://developer.roku.com/develop/channel-store/certification) before being published in our Channel Store. These criteria are updated annually or bi-annually to ensure a minimum level of quality and standardization across the Roku platform.

Today we're announcing the updated criteria for 2018, effective immediately. Note that there is only one new required item — all other updates for 2018 are considered recommendations.

See our Certification (https://developer.roku.com/develop/channel-store/certification) page for the complete list of certification criteria.

## Roku SceneGraph requirements

In March 2017, we announced (https://blog.roku.com/developer/legacy-sdk) that all channels are required to adopt Roku SceneGraph (RSG) for their visual elements by January 1, 2018. While this is still required for most model classes (platforms), publishers will be permitted to continue to maintain non-RSG versions of their apps on a select group of our older platforms. We expect these platform exemptions to enable more performant channels on some of our older platforms with less memory and processing power.

The specific platform support requirements are as follows:

- The channel must be available on all Roku platforms that receive the current firmware.
- All content from the channel service must be available on all platforms, regardless of whether the channel is built with RSG or not.

- Publishers are allowed to provide two different channel packages — one that uses RSG for its visual elements and one that doesn't — which will be provisioned to the proper platforms. Both packages must remain maintained and supported, including the non-RSG version.
- The following platforms will receive the RSG version of the package:
  - **Set-top-boxes:** Bryan, Cooper, Gilbert, Littlefield, Dallas, Austin, Mustang
  - **Streaming sticks:** Amarillo, Briscoe
  - **Roku TVs:** All Roku TV models (Longview, Fort Worth, Midland, Liberty) will receive the RSG version of the package
- The following platforms will receive the non-RSG version of the package:
  - **Set-top-boxes:** Giga, Paolo, Tyler
  - **Streaming sticks:** Jackson, Sugarland

A comprehensive list of our model classes and platform code names can be found in our Roku Channel Developer Program overview document (https://sdkdocs.roku.com/display/sdkdoc/The+Roku+Channel+Developer+Progra

## How to submit non-RSG packages

Developers and publishers who would like to maintain two versions of their channel (RSG and non-RSG) must follow these steps:

1. Create a non-certified version of your channel (https://sdkdocs.roku.com/display/sdkdoc/Create+a+Non-Certified+Channel). On the Package Upload window (https://sdkdocs.roku.com/display/sdkdoc/Create+a+Non-Certified+Channel#CreateaNon-CertifiedChannel-PackageUploadWindow), upload the non-RSG version of the channel. Be sure to provide the same Channel Store information and channel artwork as you would for the public version of the channel.
2. Create or update your public channel (https://sdkdocs.roku.com/display/sdkdoc/Create+a+Public+Channel). On the Package Upload window (https://sdkdocs.roku.com/display/sdkdoc/Create+a+Public+Channel#Create PackageUploadWindow), upload your RSG channel package. On the Submission Survey window (https://sdkdocs.roku.com/display/sdkdoc/Create+a+Public+Channel#Create SubmissionSurveyWindow), in the "Release Notes" field, state that you would like to publish a non-RSG version of your channel on low-end

devices, and provide the vanity access code for the non-certified, non-RSG channel you created in Step 1. The vanity access code can be found in the Properties window (https://sdkdocs.roku.com/display/sdkdoc/Create+a+Non-Certified+Channel#CreateaNon-CertifiedChannel-PropertiesWindow).

Roku will certify both versions of your channel.

## Maintain one Roku SceneGraph channel using Direct Publisher

Channel partners looking to quickly and easily meet the requirement for Roku SceneGraph support should consider using Roku Direct Publisher (https://developer.roku.com/publish) to build their channel. Not only are Direct Publisher channels sure to work across all supported Roku devices, but they automatically inherit future updates and new platform features.

Roku Direct Publisher ensures all content is available on all supported platforms. Developers considering maintaining two channel versions can reduce their overhead by leveraging Direct Publisher.

# New certification criteria

This year introduces a handful of newly recommended items, as well as one new requirement. Below is the complete list of updates to the certification criteria for 2018.

- **Required**, channels with ads — Channel must pass the "limit ad tracking (https://sdkdocs.roku.com/display/sdkdoc/Integrating+the+Roku+Advertising FrequencyCappingandTargetingusingRIDA)" (LAT) value on ad server requests
- **Recommended**, channels with ads — Channel uses the General Audience Measurement APIs (https://sdkdocs.roku.com/display/sdkdoc/Integrating+the+Roku+Advertising GeneralAudienceMeasurement) *instead* of the Nielsen DAR APIs. For example, channels are encouraged to use enableAdMeasurements as opposed to enableNielsenDAR
- **Recommended**, channels with episodic series content —Channel responds properly to deep link queriers using the "series" mediaType (https://sdkdocs.roku.com/display/sdkdoc/Deep+Linking#DeepLinking-

Case 6:19-cv-00044-ADA   Document 1-3   Filed 02/08/19   Page 32 of 35

mediaType,RequiredBehavior,andUserExperience). (Note that this will become a required item in mid-2018.)

- **Recommended**, channels with authentication (TVE, SVOD) — Channels uses the Roku Event Dispatcher (https://sdkdocs.roku.com/display/sdkdoc/Prioritizing+Authenticated+Chann communicate a user's authentication status to Roku
- **Recommended**, channels with authentication (TVE, SVOD) —Channel incorporates the Roku SSO authentication protocol (https://sdkdocs.roku.com/display/sdkdoc/Roku+SSO+Authentication+Protoc their channel activation service
- **Recommended**, channels using closed captions — Instant Replay (https://sdkdocs.roku.com/display/sdkdoc/Closed+Caption+Support#ClosedC InstantReplayButton) rewinds 20 seconds
- **Updated**, all channels — Our content appropriateness policy has been modified with respect to content that might appear outside of the application. Content that may appear within the Roku ecosystem but outside of the channel must be appropriate for a general viewing audience. This includes Roku.com (http://roku.com/), Universal Search results, or the Roku homescreen UI. See Item 4.6 of the certification requirements (https://developer.roku.com/develop/channel-store/certification) for more details.

## Policy for "recommended" items

Roku updates our channel certification requirements no more than twice a year, in six month intervals. Generally, we aim to introduce new items as recommendations before making them required. Developers and publishers can view the inclusion of a recommended item in our criteria as an indicator that it will likely become a required feature in a subsequent update.

While recommended items are optional, they are proven features for improving your channel's overall user experience.

Tags: certification (/tag/certification), Instant Replay (/tag/instant-replay), RAF (/tag/raf), Roku Connect (/tag/roku-connect), Roku Event Dispatcher (/tag/roku-event-dispatcher)

# Links

- Developer Forums (https://forums.roku.com/viewforum.php?f=34)
- Developer Sign Up (https://www.roku.com/developer)

Search Developer Blog                                                          

# Categories

- Concepts (https://blog.roku.com/developer/category/concepts)
- Getting Started (https://blog.roku.com/developer/category/getting-started)
- New Channels (https://blog.roku.com/developer/category/new-channels)
- News (https://blog.roku.com/developer/category/news)
- sdk (https://blog.roku.com/developer/category/sdk)
- Tips (https://blog.roku.com/developer/category/tips)
- Tutorials (https://blog.roku.com/developer/category/tutorials)
- Uncategorized (https://blog.roku.com/developer/category/uncategorized)
- Workshops (https://blog.roku.com/developer/category/workshops)

 **Stay updated** on news and offers

Enter your email address                    ＞

      

(//www.facebook.com/rokuplayer.com/rokuplayer.instagram.com/rokuplay



**Roku experience**    ⌄

**Products**    ⌄

**Support**    ⌄

**Company**    ⌄

**Partners**    ⌄

© 2019 Roku, Inc. (https://www.roku.com) All rights reserved.

Site Map | Privacy policy | Terms of use | Dispute Resolution | Trademark guidelines | Legal | About Ads & Cookies

United States (change) ›