# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ESW HOLDINGS, INC. | § § § | |
| Plaintiff, | § | CIVIL ACTION NO.: 6:19-CV-00044 |
| v. | § § | JURY TRIAL DEMANDED |
| ROKU, INC. | § § | PATENT CASE |
| Defendant. | § § § | |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff ESW Holdings, Inc. ("ESW"), by and through its counsel, pursuant to Fed. R. Civ. P. 7.1, hereby discloses that:

1. ESW is a nongovernmental corporate party in the above-captioned action.

2. No corporation owns ten-percent (10%) or more of ESW's stock.


Date: February 8, 2019

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Conor M. Civins*
Conor M. Civins
Texas Bar No. 24040693
conor.civins@pillsburylaw.com
Michael Chibib
Texas Bar No. 00793497
michael.chibib@pillsburylaw.com
401 Congress Avenue, Suite 1700
Austin, Texas 78701
Telephone:  (512) 580-9611
Facsimile:   (512) 580-9601

*Attorneys for Plaintiff ESW Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiff ESW Holdings, Inc.'s Rule 7.1 Statement will be served upon the named Defendant along with the Original Complaint filed concurrently.

                                        */s/ Conor M. Civins*
                                        Conor M. Civins