UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ESW HOLDINGS, INC. §
§ CIVIL NO:
vs. § WA:19-CV-00044-ADA
§
ROKU, INC. §

# **LIST OF WITNESSES**

| **FOR PLAINTIFF** | **FOR DEFENDANT** |
|---|---|
| 1. Larry Alan Westerman | 1. Larry Burdick - by Zoom |
| 2. Mark Tait | 2. Aimee Viles (depo) |
| 3. Aimee Gariepy-Viles(depo) | 3. Aslam Khader (depo) |
| 4. Aslam Khader (depo) | 4. Tipton Cole |
| 5. Dr. Michael Shamos - by Zoom | 5. John Bone |
| 6. Marcus Reading | 6. Jeffrey Harper (depo) |
| 7. Neeraj Gupta | 7. Michael Wyse (depo) |
| 8. Dr. Michael Shamos - by Zoom for Rebuttal | 8. Peter Low (depo) |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |